# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**GAINESVILLE RESIDENTS UNITED, INC., et al.,**

    Plaintiffs,

v.                                            Case No. 1:23-cv-176-AW-HTC

**RON DESANTIS, in his official capacity as Governor of the State of Florida, and CITY OF GAINESVILLE,**

    Defendants.

_____/

## JUDGMENT

Plaintiffs' federal claims against the City of Gainesville and against the Florida Governor are dismissed without prejudice for lack of standing. Plaintiffs' state-law claims against the Florida Governor are dismissed without prejudice based on Eleventh Amendment immunity. Plaintiffs' state-law claims against the City of Gainesville are dismissed without prejudice in the court's discretion based on 28 U.S.C. § 1367(c)(3).

                                                 JESSICA J. LYUBLANOVITS
                                                 CLERK OF COURT

February 21, 2024                           *s/ TiAnn Stark*
Date                                                  Deputy Clerk: TiAnn Stark